**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **MARIA OPARA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UV MEMORY CARE, LLC, d/b/a UNIVERSITY VILLAGE MEMORY CARE**<br><br>*Defendant.* | Case No.: 1:26-cv-1647 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Maria Opara and Defendant UV Memory Care, LLC (UVMC) (collectively, "the Parties") jointly move the Court to approve and enter the Consent Decree (Decree), attached as Exhibit 1, resolving the above-captioned case. This Motion is supported by the attached Memorandum in Support of Joint Motion for Entry of Consent Decree.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Employment Litigation Section

HILARY PINION
Acting Chief
Employment Litigation Section

/s/ *Sara Safriet*
SARA SAFRIET (DC Bar No. 1012810)
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
4 Constitution Square
150 M Street, NE
Room 9.1804
Washington, D.C. 20530
(202) 532-5165
sara.safriet@usdoj.gov

JUSTIN R. SIMMONS
United States Attorney
Western District of Texas

/s/ *Gerald R. Krimbill*
GERALD R. KRIMBILL (MN Bar No. 0220437)
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7300
jerry.krimbill@usdoj.gov

*Counsel for Plaintiff Maria Opara*

/s/ *Walter V. Williams*
THOMAS WILLIAMS McCONNELL, PLLC

Walter V. Williams
Texas Bar No. 21584800
walter@twmattorneys.com
1204 San Antonio Street, Second Floor
Austin, Texas 78701
Telephone: (512) 658-4306

*Counsel for Defendant UVMC*